GEORGE S. WILCOX, Appellant, *v.* HOME LIFE INSURANCE COMPANY, Respondent.

*Appeal — death of appellant.*

*Wilcox* v. *Home Life Ins. Co.*, 171 App. Div. 915, appeal dismissed. (Submitted May 3, 1920; decided May 7, 1920.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 1, 1915, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

The motion was made upon the ground that the appellant had died and no one had been substituted in his stead.

*Howard Van Sinderen* for motion.

No one opposed.

Appeal dismissed.